## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 1:22-CV-01416-CL

Plaintiff:
**April Fonseca, aka April Ehrlich,**

vs.

Defendant:
**THE CITY OF MEDFORD, an Oregon municipal corporation, et al.**

Received by Quality Process Serving to be served on SCOTT CLAUSON, MET AT: LES SCHWAB PARKING LOT, 701 N CENTRAL AVE, MEDFORD, OR 97501.

I, Vicci Ewen, being duly sworn, depose and say that on the **11th day of October, 2022 at 12:31 pm, I:**

**PERSONALLY** served on the within named defendant (s) a true copy of the **SUMMONS AND COMPLAINT** by delivering to and leaving with the defendant (s), just named, personally and in person a copy thereof at the aforementioned address.

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to nor attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

**Additional Information pertaining to this Service:**
1st adse: 160 Offord Cir Jacksonville, no longer lives here
2nd adse: met at Les Schwab parking lot. 701 N Central Ave Medford, served.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and sworn to before me on the 13 day of Oct 2022 by the affiant who is personally known to me.

Notary public

OFFICIAL STAMP
KRISTEEN MARTIN
NOTARY PUBLIC-OREGON
COMMISSION NO. 1020751
MY COMMISSION EXPIRES JANUARY 21, 2026

Vicci Ewen
Process Server        10/13/22

Quality Process Serving
40 N Front St #4
Central Point, OR 97502
(541) 664-1130

Our Job Serial Number: QPS-2022005337
Ref: Fonseca v. City of Medford

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1w